97 F.3d 1454
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
ABRAHAM W. BOLDEN, SR., Petitioner-Appellant,
v.
UNITED STATES OF AMERICA, Respondent-Appellee.
 No. 95-3582.
 United States Court of Appeals, Seventh Circuit.
 Submitted Sept. 10, 1996.*
Decided Sept. 12, 1996.
 
 Before BAUER, EASTERBROOK and DIANE P. WOOD, Circuit Judges.
 
 ORDER
 
 1
 Abraham W. Bolden, Sr., appeals the denial of his "Petition to Expunge," which the district court construed as a petition for a writ of error coram nobis. For the reasons stated by the district court in its order dated October 19, 1995, the judgment of the district court is AFFIRMED.
 
 
 
 *
 After an examination of the briefs and the record, we have concluded that oral argument is unnecessary; accordingly, the appeal is submitted on the briefs and the record. See Fed.R.App.P. 34(a); Cir.R. 34(f)